No. 6,714.—MARY A. NELSON, Respondent, *v.* JESS NELSON, Appellant.

Decided May 31, 1930.

PER CURIAM.—Pursuant to stipulation of counsel it is ordered that the appeal in this cause be, and the same is hereby, dismissed.

*Mr. Fred C. Gabriel,* for Appellant.

*Mr. C. R. Stranahan,* for Respondent.

No. 6,716.—STATE ex rel. A. D. MITCHELL et al., Relators, *v.* DISTRICT COURT et al., Respondents.

Decided June 3, 1930.

PER CURIAM.—After due consideration of relators' petition it is ordered that the same be denied.

*Mr. C. E. Pew,* for Relators.